UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COURTNEY RICHMOND,                         CIVIL NO. 14-3566 (PJS/JSM)

       Plaintiff,

v.                                                                    ORDER

STATE OF MINNESOTA;
ATTORNEY GENERAL OFFICE;
HENNEPIN COUNTY MEDICAL CENTER;
HENNEPIN COUNTY JAIL; and
BROOKLYN CENTER POLICE DEPT.,

       Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 3, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.      Plaintiff Courtney Richmond's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

2.      The Complaint [Docket No. 1] is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.      Richmond is restricted from filing any new cases arising out of his original suit against Brooklyn Center and the three Brooklyn Center officers in this District Court unless (1) he is represented by counsel or (2) he receives prior written authorization from a judicial officer in this District Court.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 10/27/14

    s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge